[No. 23297-2-III.   Division Three.   September 13, 2005.]

MARIA B. GARCIA ET AL., *Appellants*, v. EAGLE PACKING COMPANY, L.L.C., *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-2-03036-9, Robert N. Hackett, Jr., J., entered July 16, 2004. *Reversed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Brown, JJ.

[No. 23059-7-III.   Division Three.   September 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY SHIPMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-00517-1, Vic L. VanderSchoor, J., entered June 18, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Brown, J.

[No. 29818-0-II.   Division Two.   September 15, 2005.]

*In the Matter of the Parentage of* M.C.

STANLEY W. HODGKISS, *Appellant*, MICHELLE DIETSCH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-5-01764-8, Stephanie A. Arend, J., entered December 19, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 31174-7-II.   Division Two.   September 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAUDE CLARENCE WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-01222-7, James E. Warme, J., entered November 21, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Van Deren, JJ.